# Third District Court of Appeal
## State of Florida

Opinion filed August 6, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0830
Lower Tribunal No. F91-30238A
_____

**Glenn Richardson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Zachary N. James, Judge.

Glenn Richardson, in proper person.

James Uthmeier, Attorney General, and Lourdes B. Fernandez, Assistant Attorney General, for appellee.

Before LOGUE, MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed. See Ford v. State, 402 So. 3d 973, 981 (Fla. 2025) ("Erlinger[ v. United States, 602 U.S. 821 (2024)] was a direct-appeal case—not a postconviction case like Ford's—and it involved required jury findings regarding an element. Based on these fundamental distinctions, it is clear that Erlinger provides no support for vacating Ford's death sentences."); Tanzi v. State, 407 So. 3d 385, 394–95 (Fla. 2025) (finding postconviction review of defendant's sentence based on Erlinger was improper); Lewis v. State, No. 3D25-0396, 2025 WL 1819465, at *1 (Fla. 3d DCA July 2, 2025) (same).